THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In The Interest
 of Isaac J., A Minor Under The Age of Seventeen, Appellant.
 
 
 

Appeal From Richland County
James F. Fraley, Jr., Family Court Judge

Unpublished Opinion No. 2009-UP-294
Submitted May 1, 2009  Filed June 4, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Isaac
 J. appeals from his guilty plea assault
 and battery of a high and aggravated nature and disorderly conduct.  On appeal,
 Isaac J. argues the family court erred in refusing to impose a lesser
 sentence.  After a thorough
 review of the record and counsel's brief, pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.